**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**MICHAEL S. HARTLEY**

                    **Plaintiff,**                      **9:14-cv-1366**
                                                                         **(GLS/CFH)**

               **v.**

**RICHARD DEVLIN, JR. et al.**

                    **Defendants.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF:**

MICHAEL S. HARTLEY
Plaintiff, *Pro Se*
12 Division Street
Apt. 1
Oneonta, New York 13820

HON. ERIC T. SCHNEIDERMAN      RYAN W. HICKEY
Attorney General for the             Assistant Attorney General
   State of New York
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

     The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel, duly filed on April 9, 2018 (Dkt. No. 62.)  Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 62) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss pursuant to Fed. R. Civ. P. 41(b) (Dkt. No. 58) is **DENIED** without prejudice to renew; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

May 3, 2018
Albany, New York

*Gary L. Sharpe*
U.S. District Judge

2