**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**MICHAEL S. HARTLEY,**

               **Plaintiff,**                            9:14-cv-1366
                                                               (GLS/CFH)

               **v.**

**RICHARD DEVLIN, JR., et al.,**

               **Defendants.**

**APPEARANCES:**                         **OF COUNSEL:**

**FOR PLAINTIFF:**
MICHAEL S. HARTLEY
Plaintiff, *Pro Se*
12 Division Street
Apt. 1
Oneonta, New York 13820

**FOR DEFENDANTS:**
HON. BARBARA UNDERWOOD      RYAN W. HICKEY
New York Attorney General          Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel, duly filed on July 30, 2018. (Dkt. No. 70.) Following fourteen days from

the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 70) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss pursuant to Rule 41(b) (Dkt. No. 67) is **GRANTED** and plaintiff's complaint (Dkt. No. 1) is **DISMISSED** without prejudice; and it is further

**ORDERED** that the clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

August 27, 2018
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge